# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christian Komezi Tembo,<br><br>          Petitioner,<br><br>v.<br><br>Kristi Noem, et al.,<br><br>          Respondents. | No. CV-25-04885-PHX-KML (CDB)<br><br>**ORDER** |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention.[1] (Doc. 1.) Petitioner alleges respondents have not provided notice of the reasons for the revocation of his release or complied with the applicable regulations regarding revoking Orders of Supervision: 8 C.F.R. § 241.4(l)(1)-(2) and 8 C.F.R. § 241.13(i). Petitioner also alleges his re-detention violates his due process rights and his removal is not substantially likely to occur in the reasonably foreseeable future and, as a result, his detention is impermissible. *See Zadvydas v. Davis*, 533 U.S. 678, 689 (holding that 8 U.S.C. § 1231 "does not permit indefinite detention").

Respondents must show cause why the petition should not be granted. Any response must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury.

---

[1] Petitioner also filed a motion for temporary restraining order. (Doc. 2.) Ordering an expedited response to this order to show cause renders moot the motion for temporary restraining order.

**IT IS ORDERED:**

(1) Counsel for Petitioner must immediately serve the Petition (Doc. 1) upon Respondents.

(2) If not already issued, the Clerk's Office must issue any properly completed summonses.

(3) The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, and Theo Nickerson at Theo.Nickerson2@usdoj.gov.

(4) Respondents must show cause no later than **January 12, 2026**, why the Petition should not be granted.

(5) Petitioner may file a reply no later than **January 14, 2026**.

(6) The motion for temporary restraining order (Doc. 2) is **denied**.

Dated this 6th day of January, 2026.

Honorable Krissa M. Lanham
United States District Judge