**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christian Komezi Tembo, | No. CV-25-04885-PHX-KML (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Respondents. | |

Respondents were ordered to show cause why the petition should not be granted. (Doc. 6.) Respondents' counsel states he "is unable to ascertain sufficient facts at this time to establish that there is a 'significant likelihood of removal in the reasonably foreseeable future.' *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Accordingly, Respondents do not oppose Petitioner's request for release at this time." (Doc. 8 at 1.) Based on these statements, the petition is granted.

**IT IS ORDERED** petitioner's petition for writ of habeas corpus (Doc. 1) is granted.

**IT IS FURTHER ORDERED** respondents must immediately release petitioner from custody.

**IT IS FURTHER ORDERED** respondents must provide a notice of compliance within three days of petitioner's release.

/
/
/

1   **IT IS FURTHER ORDERED** the clerk shall enter judgment in petitioner's favor
2   and close this case.
3   Dated this 13th day of January, 2026.

*Krissa M. Lanham*
Honorable Krissa M. Lanham
United States District Judge

- 2 -